NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SIEMENS GAMESA RENEWABLE ENERGY A/S,**
*Plaintiff-Appellee*

**v.**

**GENERAL ELECTRIC COMPANY,**
*Defendant-Appellee*

**VINEYARD WIND 1 LLC,**
*Movant-Appellant*

---

2022-2184

---

Appeal from the United States District Court for the District of Massachusetts in No. 1:21-cv-10216-WGY, Judge William G. Young.

---

## O R D E R

Upon consideration of the parties' joint stipulation of voluntary dismissal pursuant to Federal Rule of Appellate Procedure 42(b),

IT IS ORDERED THAT:

(1) The appeal is voluntarily dismissed.

2      SIEMENS GAMESA RENEWABLE ENERGY A/S v. GENERAL
                                    ELECTRIC COMPANY

(2)  The parties shall bear their own costs.

FOR THE COURT

May 3, 2023                              /s/ Peter R. Marksteiner
    Date                                 Peter R. Marksteiner
                                         Clerk of Court


ISSUED AS A MANDATE:  May 3, 2023